UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. HORTON, | No. 2:15-cv-1503 DAD P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS |
| SISKIYOU COUNTY JAIL, | AND RECOMMENDATIONS |
| Defendant. | |

By an order filed July 27, 2015, plaintiff was directed to, within thirty days of service of the order, (i) file a complaint and (ii) either file an in forma pauperis affidavit or pay the appropriate filing fees. Plaintiff was also cautioned that failure to comply with the order would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has neither responded to the court's order, nor filed a complaint, nor filed an in forma pauperis affidavit, nor paid the appropriate filing fees.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge in this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 8, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
hort1503.fifp